Gail J. Standish (SBN: 155496)
gstandish@winston.com
Peter E. Perkowski (SBN: 199491)
pperkowski@winston.com
Nicolas A. Jampol (SBN: 244867)
njampol@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750

Attorneys for Plaintiff
Westside Shepherd Rescue of Los Angeles, Inc.

**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Westside Shepherd Rescue of Los Angeles, Inc., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>Gregory J. Pollock, an individual, and Westside German Shepherd Rescue of Los Angeles Inc., a California corporation,<br><br>            Defendants. | Case No. CV09-03677 GW (FFMx)<br><br>**JUDGMENT**<br><br>Judge:  Honorable George H. Wu<br><br>Complaint Filed:  May 22, 2009 |

1

**[PROPOSED] JUDGMENT**

# JUDGMENT

The Court, having granted the Plaintiff's Motion for Summary Judgment on its first, third, fourth, and fifth causes of action, for, respectively, federal trademark infringement, unfair competition, false advertising, and common law trademark infringement, hereby enters the following judgment against Defendant Gregory J. Pollock:

1. Pollock is ordered to pay Plaintiff $25,000 in damages, $10,954.63 in costs, and $30,000 in attorneys' fees, for a total of $65,954.63, pursuant to Section 35 of the Lanham Act.

2. Pollock is permanently enjoined from:

    a. Using the Westside Name or any confusingly similar name or terms as his corporate name as registered with the California Secretary of State;

    b. Using the Westside Name or any confusingly similar name or terms, including the acronym WGSR, with any governmental entity or organization, including but not limited to the Internal Revenue Service and on any vehicle registrations or fictitious business licenses;

    c. Using the names "Westside German Shepherd Rescue," "Westside," "Westside Rescue," "West," "WGSR," or any substantially similar name or terms in connection with any animal rescue services, advertising, website, e-mail address, merchandise, events, or any other use;

    d. Using the Westside Name or any confusingly similar name or terms on any animal microchips, financial accounts, or with any other private or public entity; or

//
//
//
//
//

e. Displaying, using, or referencing the Westside Name or any confusingly similar name or terms for any purpose or using any words or terms that would cause any reasonable person to believe that Pollock may be affiliated with, endorsed by, or in any way related to Westside or any officer, director, or attorney of Westside.

**IT IS SO ORDERED.**

Dated: October 15, 2010      By: _/s/ George H. Wu_____
_____                                George H. Wu,
                                                    United States District Judge